UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:20-cr-00070-LEW |
| | ) | |
| STEPHANIE PELLETIER, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER ON DEFENDANT'S MOTION TO REDUCE SENTENCE**

On March 4, 2021, I sentenced Defendant Stephanie Pelletier to a 32-month term of imprisonment following her guilty plea to a charge of Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl and Cocaine Base. On March 24, 2022, Defendant filed a letter with the Court requesting compassionate release based on the limited time remaining in her sentence, her efforts to better herself through participation in rehabilitative programs and vocational training, the recent discovery of a curable blood infection, and her growth as a person. Def.'s Mot. Red. Sent. (ECF No. 30).

A district judge does not have freewheeling authority to "vacate, alter, or revise a sentence previously imposed," and is empowered to do so only in certain "narrowly circumscribed" circumstances. *United States v. Mercado-Flores*, 872 F.3d 25, 28 (1st Cir. 2017). *See also* 19 U.S.C. § 3582(c). For purposes of Defendant's request, I am only authorized to reduce Defendant's sentence if "extraordinary and compelling reasons warrant" the reduction when considered alongside the general sentencing factors set forth in 18 U.S.C. § 3553(a). *See* 18 U.S.C. § 3582(c)(1)(A)(i). Additionally, federal law requires

Defendant to begin the process by petitioning the warden of her facility for early release. *See id.* § 3582(c)(1)(A); *United States v. Ruvalcaba*, 26 F.4th 14, 18 (1st Cir. 2022).

Defendant has not demonstrated a prior attempt to obtain administrative relief from the warden of her facility and, in any event, does not present circumstances that would meet the "extraordinary and compelling" standard. Although I respect Defendant's efforts and am pleased to hear the report of her progress, the circumstances she describes at present do not warrant early release. Consequently, Defendant's request is **DENIED**.

**SO ORDERED.**

Dated this 19th day of May, 2022

                                      /s/ Lance E. Walker
                                    UNITED STATES DISTRICT JUDGE